IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 06- 106M-MPT ) |
| JOSEPH BENTLEY, | ) ) |
| Defendant. | ) |

## MOTION AND ORDER TO SEAL

**NOW COMES** the United States of America, by and through its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and hereby moves this Honorable Court to seal the Criminal Complaint, Warrant for Arrest and related file.

Respectfully Submitted,

_____
COLM F. CONNOLLY
UNITED STATES ATTORNEY

Dated: September 8, 2006

**IT IS SO ORDERED** this ___8___ day of ___September___, 2006, that the file in the above-captioned case shall remain under seal until further order of the Court.

_____
THE HONORABLE MARY PAT THYNGE
UNITED STATES MAGISTRATE JUDGE

FILED
SEP 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE