IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-106M |
| JOSEPH BENTLEY, | ) | |
| Defendant. | ) | |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1.   **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

 ✓ Crime of violence (18 U.S.C. § 3156)

 ✓ Maximum sentence life imprisonment or death

 ✓ 10+ year drug offense

 _____ Felony, with two prior convictions in above categories

 ✓ Serious risk defendant will flee

 _____ Serious risk obstruction of justice



FILED

SEP 1 2 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2.    **Reason For Detention**. The court should detain    defendant because there are

no conditions of release  which will reasonably assure (**check one or both**):

_✓_    Defendant's appearance as required

_✓_    Safety of any other person and the community


3.    **Rebuttable Presumption**.  The United States (will, will not) invoke the

rebuttable presumption against defendant under §3142(e).  (If yes) The

presumption applies because (**check one or both**):

_✓_    Probable cause to believe defendant committed 10+ year drug offense or

firearms offense, 18 U.S.C. §924(c)

_____    Previous conviction for "eligible" offense committed while on pretrial

bond


4.    **Time For Detention Hearing**.  The United States requests the court conduct the

detention hearing,

_____    At first appearance

_✓_    After continuance of _3_ days (not more than 3).


5.    **Temporary Detention**.  The United States requests the temporary detention of

the defendant for a period of _____ days (not more than 10) so that the

appropriate officials can be notified since:

1.    At the time the offense was committed the defendant was:

_____    (a) on release pending trial for a felony;

_____ (b) on release pending imposition or execution of sentence,

appeal of sentence or conviction, or completion of sentence for

an offense;

_____ (c) on probation or parole for an offense.

2. ___ The defendant is not a citizen of the U.S. or lawfully admitted for

permanent residence.

3. ___ The defendant may flee or pose a danger to any other person or the

community.

6.    **Other Matters**.

_____

_____

DATED this __12ᵗʰ__ day of __September__, 2006.

_____

COLM F. CONNOLLY
United States Attorney