AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

Joseph Bentley

**WARRANT FOR ARREST**

CASE NUMBER: 06- 106M - MPT

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **Joseph Bentley** when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a

___ Indictment  ___ Information  _X_ Complaint  ___ Order of court  ___ Violation Notice  ___ Probation Violation Petition

charging the Defendant with (brief description of offense)

distribution of heroin and fentanyl, resulting in a death, possession with intent to distribute heroin and fentanyl, and carrying a firearm during the commission of a drug offense,

in violation of Title __21__ United States Code, Section (s) __841(a)(1) and 924(c).__

Honorable Mary Pat Thynge
Name of Issuing Officer

[signature]
Signature of Issuing Officer

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

September 8, 2006   Wilmington, DE
Date and Location

Bail fixed at $ _____   by _____
                                           Name of Judicial Officer

FILED
SEP 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 9-08-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9-11-06 | Thomas E Jacobs, S/A | [signature] |

AO 442 (Rev. 12/85) Warrant for Arrest