IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) **FILED UNDER SEAL** |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06-106M |
| | ) |
| JOSEPH BENTLEY, | ) |
| | ) |
| Defendant. | ) |

### MOTION AND ORDER TO UNSEAL

**NOW COMES** the United States of America, by and through its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and hereby moves this Honorable Court to unseal the Criminal Complaint, Warrant for Arrest and related file in the above-captioned case.

Respectfully Submitted,

_____
COLM F. CONNOLLY
UNITED STATES ATTORNEY

Dated:   September 14, 2006

**IT IS SO ORDERED** this ___14___ day of ___September___, 2006, that the file in the above-captioned case shall be unsealed.

FILED
SEP 1 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
THE HONORABLE MARY PAT THYNGE
UNITED STATES MAGISTRATE JUDGE